

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable D. Richard Voges
County Attorney
Floresville, Texas

Dear Sir:

> Opinion No. 0-3679
> Re: Commissions which may be paid to a delinquent
> tax collector attorney for an independent
> school district.

In your letter of June 10, 1941, you request our opinion as to whether an independent school district may legally pay to a delinquent tax collector attorney a compensation exceeding fifteen (15%) per cent of the amount collected.

Applicable statutes are Articles 7343 and 7335, Revised Civil Statutes, and Article 7335a, Vernon's Annotated Civil Statutes. Since your question has been definitely decided by the Supreme Court, we deem it unnecessary to set out such statutes or to give any discussion to the same. In the case of Bell v. Mansfield Independent School District, 129 S. W. (2d) 629, the Supreme Court had before it for decision the validity of a contract made by an independent school district in which the compensation provided to be paid such a collector was twenty (20%) per cent of the amount collected. From the opinion written by Judge Hickman we quote:

> "* * * Our conclusion is that at the time the contract in suit was executed the parties lawfully could have stipulated for compansation not to exceed fifteen per cent of the amount collected.

> "We are unable to adopt the theory upon which it is claimed that the contract for twenty per cent of the amount collected is valid. As above pointed out, the specific language of Article 7343 governs the character of contract which the parties could make. That language limits the compensation to that provided by law in suits for state and county taxes. That amount is limited to fifteen per cents of the amount collected and there is no authority in law for the payment of a greater percentage. The contract under review provides for the payment of twenty per cent. It is, for that reason, void. Art. 7335a § 2."

Hon. D. Richard Voges, Page 2    (O-3679)


Our negative answer to your question follows.

                              Yours very truly,

                         ATTORNEY GENERAL OF TEXAS

                         s/ Glenn R. Lewis


                         By
                            Glenn R. Lewis
                                 Assistant

GRL:ej

APPROVED JUN. 18, 1941

s/ GROVER SELLERS

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY B. W. B.
CHAIRMAN